| | |
|---|---|
| WELD COUNTY DISTRICT COURT<br>STATE OF COLORADO<br><br>Court Address:<br>901 Ninth Avenue<br>Greeley, Colorado 80631 | DATE FILED<br>November 5, 2024 12:21 PM<br>FILING ID: 780EDA6B5D3FD<br>CASE NUMBER: 2024CV31019<br>▲ Court Use Only ▲ |
| **Plaintiff(s): SANDRA BLACKBURN**<br><br>**Defendant(s): HOME DEPOT U.S.A. Inc. d/b/a HOME DEPOT FIRESTONE** | Case Number: |
| *Attorneys for Plaintiff*<br>Chad P. Hemmat, No. 20845<br>Jason G. Alleman, No. 42570<br>Cameron O. Hunter, No. 50095<br>ANDERSON HEMMAT, LLC<br>5613 DTC Parkway, Suite 700<br>Greenwood Village, Colorado 80111<br>Phone Number: 303/782-9999<br>Fax Number: 303/782-9996<br>chad@andersonhemmat.com<br>jason@andersonhemmat.com<br>cameron@andersonhemmat.com | Division: |
| **COMPLAINT AND JURY DEMAND** | |

**COMES NOW,** Plaintiff, Sandra Blackburn, by and through her attorneys Anderson Hemmat, LLC, and for her Complaint and Jury Demand against Defendants, states and alleges as follows:

## INTRODUCTORY ALLEGATIONS

1. Plaintiff is an individual who is a resident and domiciliary of the City of Longmont, County of Weld, State of Colorado.

2. Defendant Home Depot U.S.A., Inc.., d/b/a Home Depot Firestone (hereinafter referred to as "Defendant Home Depot") is a for profit corporation organized in the State of



**EXHIBIT 1**

Delaware doing business in the State of Colorado with a principal office located at 2455 Paces Ferry Road, Atlanta GA 30339.

3. The Court has jurisdiction over the subject matter of this action and the parties hereto and the venue is proper in the County of Weld, as the location of the incident giving rise to this action.

4. On May 16, 2024, Plaintiff was shopping at Home Depot Firestone located at 10858 Jake Jabs Blvd., Firestone, Colorado 80504, which is owned by Defendant Home Depot U.S.A., Inc., when she fell over an improperly placed pallet into a large steel rack resulting in injuries, damages, and losses.

5. At that same time and place, the Plaintiff was an invitee for all purposes pursuant to C.R.S. § 13-21-115.

**FIRST CLAIM FOR RELIEF AGAINST DEFENDANTS**
(C.R.S. § 13-21-115)

6. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 5 in the Introductory Allegations.

7. Defendant Home Depot actually knew or should have known of the danger on their property.

8. Defendant Home Depot failed to use reasonable care to protect against the danger on the property.

9. Defendant Home Depot's failure was the cause of Plaintiff's injuries, damages and losses.

10. Plaintiff incurred injuries including, but not limited to, substantial physical injuries, loss of ability to enjoy life as she did before the accident, and emotional distress.

11. All damages to the Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

**SECOND CLAIM FOR RELIEF AGAINST DEFENDANTS**
(Negligence)

12. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 11 in the Introductory Allegations and the First Claim for Relief.

13. Defendant Home Depot acted in a reckless, careless and negligent manner and did so in such a fashion as to cause injuries and damages to the Plaintiff.

14. As a direct, immediate and proximate result of Defendant Home Depot's negligent actions and/ or omissions, Plaintiff has been damaged.

15. As a direct, immediate and proximate result of Defendant Home Depot's negligence as stated above, the Plaintiff has sustained severe injuries which said injuries are of a permanent nature and which have caused the Plaintiff great pain, suffering, discomfort and emotional distress and which will continue to cause the Plaintiff great pain, suffering, discomfort and emotional distress.

16. As a direct, immediate and proximate result of Defendant Home Depot's negligence, the Plaintiff has incurred and will continue to incur medical, therapeutic, hospital and physician expenses.

17. As a direct, immediate and proximate result of Defendant Home Depot's negligence, the Plaintiff has lost the ability to enjoy life as she did before the accident, has lost time, has suffered impaired earning capacity, economic losses and has lost time from work and has lost pay and salary.

18. All damages to the Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

19. WHEREFORE, on account of the matters set forth in First and Second Claims For Relief, Plaintiff Sandra Blackburn prays for a judgment in favor of Plaintiff and against Defendant Home Depot U.S.A., Inc.., d/b/a Home Depot Firestone in an amount which will fully compensate her for her injuries and damages in the past, present and future, including for past, present and future medical expenses, past, present and future pain and suffering, for personal injuries, for emotional distress, for loss of ability to enjoy life as she did before the accident, for economic losses, for costs, expert witnesses, for attorney fees, for interest on such sums as is provided by law and for such other and further relief as to the Court appears proper in the premises.

**PLAINTIFF DEMANDS A TRIAL TO A JURY OF SIX (6) PERSONS**

Respectfully submitted this 5th day of November, 2024.

ANDERSON HEMMAT, LLC

Chad P. Hemmat, No. 20845
Jason G. Alleman, No. 42570
Cameron O. Hunter, No. 50095

Plaintiff's Address:
9205 Del Camino Lane
Longmont, CO 80504